UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ERIC JAYSON MOYER

DIANA MOYER
AKA: DIANE MOYER, DIANA MECK-
MOYER, FKA DIANA MECK
      Debtor(s)

                                                        CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant                              CASE NO: 1-18-01588-HWV

vs.

ERIC JAYSON MOYER
 DIANA MOYER
AKA: DIANE MOYER, DIANA MECK-
MOYER, FKA DIANA MECK
      Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on April 14, 2021, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    <u>April 14, 2021</u>                        Respectfully submitted,

                                                   <u>/s/   James K. Jones, Esquire</u>
                                                   <u>ID: 39031</u>
                                                   Attorney for Movant
                                                   Charles J. DeHart, III
                                                   Standing Chapter 13 Trustee
                                                   8125 Adams Drive, Suite A
                                                   Hummelstown, PA 17036
                                                   Phone: (717) 566-6097
                                                   Fax: (717) 566-8313
                                                   eMail: jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ERIC JAYSON MOYER<br>DIANA MOYER<br>AKA: DIANE MOYER, DIANA MECK-MOYER, FKA DIANA MECK<br><br>Debtor(s)<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CHAPTER 13<br><br>CASE NO: 1-18-01588-HWV |

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> May 12, 2021 at 09:35 AM
> Bankruptcy Courtroom
> Ronald Reagan Federal Bldg
> 3rd Floor, 228 Walnut Street
> Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

> **AMOUNT DELINQUENT AS OF LAST MONTH: $ 7295.54**
> **AMOUNT DUE FOR THIS MONTH: $1950.65**
> **TOTAL AMOUNT DUE BEFORE HEARING DATE: $9246.19**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.  You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  April 14, 2021

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERIC JAYSON MOYER

DIANA MOYER
AKA: DIANE MOYER, DIANA
MECK-MOYER, FKA DIANA
MECK

CHAPTER 13

Debtor(s)

CASE NO: 1-18-01588-HWV

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 14, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

| | |
|---|---|
| PAUL MURPHY-AHLES ESQUIRE<br>DETHLEFS, PYKOSH & MURPHY<br>2132 MARKET STREET<br>CAMP HILL, PA 17011- | UNITED STATES TRUSTEE<br>SUITE 1190<br>228 WALNUT STREET<br>HARRISBURG, PA 17101 |

Served by First Class Mail

ERIC JAYSON MOYER
DIANA MOYER
321 WILLIAMS STREET
HARRISBURG, PA 17113

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 14, 2021

Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ERIC JAYSON MOYER
DIANA MOYER
AKA: DIANE MOYER, DIANA MECK-MOYER, FKA DIANA MECK

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-18-01588-HWV

vs.

ERIC JAYSON MOYER
DIANA MOYER
AKA: DIANE MOYER, DIANA MECK-MOYER, FKA DIANA MECK

MOTION TO DISMISS

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.