# LOCAL BANKRUPTCY FORM 4001-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela Anessa Jamerson<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　Moving Party<br>　　vs.<br><br>Angela Anessa Jamerson<br>　　　　　　　Debtor(s)<br><br>Charles J. DeHart, III Esq.<br>　　　　　　　Trustee | NO. 17-02721 HWV |

## POST-PETITION PAYMENT HISTORY NOTE AND MORTGAGE DATED 9/9/2014

Mortgage Recorded on <u>September 18, 2014</u>, in York County, in Book <u>2292</u>, at Page <u>5995</u>.

**Property Address:**
154 Spring Meadows Rd Manchester, PA 17347

**Mortgage Servicer**

Nationstar Mortgage, LLC

**Post Petition mailing address for Debtor(s) to send payments:**

Nationstar Mortgage, LLC
PO Box 619094
Dallas, TX 75261-9741

**Mortgagor(s)/Debtor(s):**

Angela Anessa Jamerson

**Payments are contractually due:**　　Monthly_X_　　Semi-Monthly___　　Bi-Weekly___　Other___

**Monthly Payment is comprised of:**
Principal & Interest:　　　$1,371.92
R.E. Taxes:　　　　　　　$_____
Insurance:　　　　　　　　$_____
Late Charge:　　　　　　　$_____
Other:　　　　　　　　　　$954.13 (Specify:Escrow)
**TOTAL:**　　　　　　　　$2,326.05

## POST PETITION PAYMENTS (Petition was filed on June 29, 2017)

| Payment amount due | Date payment was due | Date Payment Was Received | Amount Received | Check Number | How Pymt Was Applied (mo/yr) |
|---|---|---|---|---|---|
| | | 8/4/2017 | $2,230.00 | | *to suspense |
| $2,237.85 | 8/1/2017 | 9/11/2017 | $2,230.00 | | 08/2017 |
| $2,237.85 | 9/1/2017 | 10/12/2017 | $2,230.00 | | 09/2017 |
| $2,237.85 | 10/1/2017 | 11/8/2017 | $2,230.00 | | 10/2017 |
| $2,237.85 | 11/1/2017 | 12/11/2017 | $2,230.00 | | 11/2017 |
| $2,237.85 | 12/1/2017 | 1/12/2018 | $2,230.00 | | 12/2017 |
| $2,237.85 | 1/1/2018 | 2/15/2018 | $2,230.00 | | 01/2018 |
| $2,237.85 | 2/1/2018 | 3/13/2018 | $2,230.00 | | 02/2018 |
| $2,237.85 | 3/1/2018 | 4/10/2018 | $2,230.00 | | 03/2018 |
| $2,237.85 | 4/1/2018 | 5/14/2018 | $2,230.00 | | 04/2018 |
| $2,237.85 | 5/1/2018 | 6/18/2018 | $2,230.00 | | 05/2018 |
| $2,237.85 | 6/1/2018 | 7/16/2018 | $2,230.00 | | 06/2018 |
| $2,237.85 | 7/1/2018 | 8/10/2018 | $2,230.00 | | 07/2018 |
| $2,237.85 | 8/1/2018 | 9/18/2018 | $2,240.00 | | 08/2018 |
| $2,237.85 | 9/1/2018 | 10/19/2018 | $2,240.00 | | 09/2018 |
| $2,237.85 | 10/1/2018 | 11/12/2018 | $2,240.00 | | 10/2018 |
| $2,237.85 | 11/1/2018 | 12/12/2018 | $2,240.00 | | 11/2018 |
| $2,237.85 | 12/1/2018 | 1/3/2019 | $94.00 | | 12/2018 |
| $2,237.85 | 1/1/2019 | 2/12/2019 | $2,240.00 | | 01/2019 |
| $2,237.85 | 2/1/2019 | 3/11/2019 | $2,240.00 | | 02/2019 |
| $2,237.85 | 3/1/2019 | 4/5/2019 | $2,240.00 | | 03/2019 |
| | | 5/6/2019 | $2,000.00 | | *to suspense |
| $2,237.85 | 4/1/2019 | 6/13/2019 | $2,000.00 | | 04/2019 |
| $1,726.65 | 5/1/2019 | 7/9/2019 | $2,000.00 | | 05/2019 |
| $1,726.65 | 6/1/2019 | 7/10/2019 | *from suspense | | 06/2019 |
| $1,726.65 | 7/1/2019 | 8/8/2019 | $1,730.00 | | 07/2019 |
| $1,726.65 | 8/1/2019 | 9/13/2019 | $1,730.00 | | 08/2019 |
| $1,726.65 | 9/1/2019 | 9/13/2019 | $2,240.00 | | 09/2019 |
| $1,726.65 | 10/1/2019 | 10/8/2019 | $1,730.00 | | 10/2019 |
| $1,726.65 | 11/1/2019 | 11/12/2019 | $1,730.00 | | 11/2019 |
| $1,726.65 | 12/1/2019 | 12/16/2019 | $1,730.00 | | 12/2019 |
| $1,726.65 | 1/1/2020 | 1/14/2020 | $1,730.00 | | 01/2020 |
| $1,726.65 | 2/1/2020 | 2/14/2020 | $1,730.00 | | 02/2020 |
| $1,726.65 | 3/1/2020 | 3/17/2020 | $1,730.00 | | 03/2020 |
| $1,726.65 | 4/1/2020 | 4/21/2020 | $1,056.73 | | 04/2020 |
| | | 5/7/2020 | $1,730.00 | | *to suspense |
| $2,326.05 | 5/1/2020 | 6/8/2020 | $1,730.00 | | 05/2020 |
| $2,326.05 | 6/1/2020 | 7/13/2020 | $1,730.00 | | 06/2020 |
| $2,326.05 | 7/1/2020 | 8/17/2020 | $1,730.00 | | 07/2020 |
| | | 9/11/2020 | $1,730.00 | | *to suspense |

| $2,326.05 | 8/1/2020 | 10/14/2020 | $1,730.00 | | 08/2020 |
|---|---|---|---|---|---|
| $2,326.05 | 9/1/2020 | 11/20/2020 | $1,730.00 | | 09/2020 |
| $2,326.05 | 10/1/2020 | 12/23/2020 | $1,800.00 | | 10/2020 |
| | | 1/10/2021 | $1,730.00 | | *to suspense |
| $2,326.05 | 11/1/2020 | 2/28/2021 | $1,730.00 | | 11/2020 |
| | | 3/23/2021 | $656.68 | | *to suspense |
| $2,326.05 | 12/1/2020 | 3/24/2021 | $1,730.00 | | 12/2020 |
| $2,326.05 | 1/1/2021 | | $0.00 | | |
| $2,326.05 | 2/1/2021 | | $0.00 | | |
| $2,326.05 | 3/1/2021 | | $0.00 | | |
| $2,326.05 | 4/1/2021 | | $0.00 | | |
| Total Due: | $95,627.25 | Total Received: | $87,657.41 | Arrears: | $7,969.84 |

(suspense balance : $1,334.36)

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE:** 4 as of April 2, 2021

**TOTAL AMOUNT OF POST-PETITION ARREARS:** $7,969.84 as of April 2, 2021

Dated: April 27, 2021

Chastity Wilson
Assistant Secretary of
Mortgage Company Nationstar Mortgage LLC dba Mr. Cooper
Affiant

_Chastity Wilson_
(Print Name and Title)